UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
JIMMIE D. LATRAY,                         )     No. C10-1315RSL
                                          )
                    Plaintiff,            )
        v.                                )     ORDER TO SHOW CAUSE
                                          )
BNSF RAILWAY COMPANY,                     )
                                          )
                    Defendant.            )
_____)

This matter comes before the Court *sua sponte*. On October 13, 2011, defendant filed a dispositive motion which, taken as a whole, exceeds 50 pages in length. (Dkt. # 14). As of this date, a courtesy copy of these documents has not been provided for chambers.

Defendant is hereby ORDERED to show cause, within five days of the date of this Order, why it should not be sanctioned for failure to comply with Local Rule 10(e)(8), the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" (Dkt. # 7), and the "Minute Order Setting Trial Date and Related Dates" (Dkt. # 9). Defendant shall immediately deliver a paper copy of the motion and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE

Dated this 25th day of October, 2011.

*MRS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE -2-